THE PEOPLE, ex rel. ADON SMITH, JR., as Committee, etc., *v.* THE COMMISSIONERS OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK et al., Respondents.

The provision of the act of 1880 (§ 6, chap. 269, Laws of 1880) providing for the review and correction of assessments, which declares that costs shall not be awarded against assessors whose proceedings may be reviewed under the act, only relieves the assessors from costs upon the hearing at Special Term. Costs of appeal are to be given or withheld in the discretion of the court. (Code of Civ. Pro., § 3239.)

(Argued February 2, 1886; decided February 9, 1886.)

THIS was a motion to amend the remittitur herein so far as it awarded costs against the respondents.

The case is reported in 100 N. Y. 219.

The following is the *mem.* of opinion :

" We think the statute now referred to by the respondents (Laws of 1880, chap. 269, § 6) only relieves the assessors from costs upon the hearing at Special Term, on return to the *certiorari*. An appeal from the determination there made is a different matter, subsequently provided for, and directed to be heard and determined in like manner as an appeal from an order. (Laws of 1880, *supra*, § 7.) In such a case costs are to be given or withheld in the discretion of the court (Code, § 3239), and they were so awarded.

" The motion to amend the remittitur is, therefore, denied, with costs."

*D. J. Dean* for motion.

*William Man* opposed.

*Per Curiam mem.* for denial of motion.
All concur.
Motion denied.